UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-75 MJD/JGL

RAMADA FRANCHISE SYSTEMS, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

NATIONAL LODGING COMPANIES, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is 2 days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to August 1, 2001;

3. Plaintiff and defendant shall disclose all expert witnesses, including reports, by October 1, 2001, with rebuttals by November 1, 2001.

4. The period during which the parties may seek discovery shall be completed by December 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to December 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to February 1, 2002; and

7. This case will be considered "ready for trial" as of April 1, 2002.

DATED: June 27, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed JUN 27 2001
Francis E. Dosal, Clerk
Judgment Entd.________
Deputy Clerk________